IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LEONARD A. SAYLES, JR.,

        Petitioner,

v.          CIVIL ACTION NO. 2:05-cv-00122
        (Criminal No. 2:99-cr-00198-05)

UNITED STATES OF AMERICA,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the court deny the petitioner's § 2555 motion.

The petitioner has filed timely objections to the Magistrate Judge's findings and recommendations. The court has performed a *de novo* review of those portions of the findings and recommendations that the petitioner objected. The court **FINDS** that the objections are without merit. The court agrees with the thorough analysis of the Magistrate Judge.

Accordingly, the court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge, and **DENIES** the petitioner's § 2255 motion.

The court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented party.

ENTER: August 22, 2006

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE